1  TIANA S. BAHERI (State Bar No. 330835)
   Tia.Baheri@mto.com
2  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue
3  Fiftieth Floor
   Los Angeles, California 90071-3426
4  Telephone:  (213) 683-9100
   Facsimile:   (213) 687-3702
5
   Attorneys for Motion Picture Association, Inc.
6

7

8

9                UNITED STATES DISTRICT COURT

10      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12  In Re 17 U.S.C. § 512(h) Subpoena to        Case No.: 2:22-mc-00120

13  TONIC DOMAINS CORPORATION                  **DECLARATION OF JAN VAN VOORN IN SUPPORT OF**
14                                              **ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)**
15

16

17

18

19

20

21  I, Jan van Voorn, the undersigned, declare that:

22       1.      I am Executive Vice President and Chief of Global Content Protection

23  for the Motion Picture Association, Inc. ("MPA").  I submit this declaration on

24  behalf of Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount

25  Pictures Corporation, and Universal City Studios Productions LLLP ("ACE

26  Members"), each of which is a member of the Alliance for Creativity and

27  Entertainment ("ACE").  ACE is a global coalition of leading content creators and

28  on-demand entertainment services committed to supporting the legal marketplace

for video content and addressing the challenge of online piracy. The ACE Members, whether themselves or through subsidiaries and affiliates, own the copyrights in the below referenced copyrighted works.

2. The ACE Members (via the Motion Picture Association, Inc.) are requesting issuance of the attached proposed subpoena that would order Tonic Domains Corporation to disclose the identities, including names, physical addresses, IP addresses, telephone numbers, e-mail addresses, payment information, account updates and account histories of the users operating the following websites:

| Website | Sample 1 Infringed Title | Sample 1 Infringing URL | Sample 2 Infringed Title | Sample 2 Infringing URL |
|---|---|---|---|---|
| azm.to | Soul | azm.to/movie/soul | Tenet | azm.to/movie/tenet-e2ebf |
| goojara.to | Soul | goojara.to/mJRz8k | Tenet | goojara.to/mXnAbd |
| 123moviesfree.love | Minions | 123moviesfree.love/watch-movie/minions-2015-full-movie-online-free/123movies-vgn3z09z-vgbgwrxx | The Lost City | 123moviesfree.love/watch-movie/the-lost-city-2022-full-movie-online-free/123movies-vnlb5bbo-vnozmn33 |
| d123movies.to | Uncharted | d123movies.to/watch-movie-2/uncharted-2022_cwvoy9jzo/vknz369-full-movie-free-online | The Lost City | d123movies.to/watch-movie-2/the-lost-city-2022_cwqqyvy05/q48ak84-full-movie-free-online |

3. The purpose for which this subpoena is sought is to obtain the identities of the individuals assigned to these websites who have exploited ACE Members' exclusive rights in their copyrighted motion pictures without their authorization. This information will only be used for the purposes of protecting the rights granted to ACE Members, the motion picture copyright owners, under Title II of the Digital Millennium Copyright Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Redondo Beach, California, on June 15, 2022.



Jan van Voorn

-3-     Case No. 2:22-mc-00120
DECLARATION OF JAN VAN VOORN IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)